**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES SAMPSON,

    Plaintiff,

v.     Case No.   3:22-cv-728-MMH-MCR

NCB MANAGEMENT
SERVICES, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal as to Defendant NCB Management Services, Inc. With Prejudice and Without Costs (Dkt. No. 20; Stipulation) filed on November 21, 2022.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of November, 2022.

_____
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record